IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SALAH SHAKIR,**

    **Plaintiff,**

v.

**BOARD OF TRUSTEES OF
REND LAKE COLLEGE, et al.,**

    **Defendants.**                              Case No. 08-cv-768-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is the Parties' Amended Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **(Doc. 67).** The Stipulation is between Plaintiff and Defendant John Huffman and states that the Parties stipulate and agree that Counts II, IV and VI are dismissed, with prejudice, as to Defendant John Huffman only. Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared." **FED. R. CIV. P. 41(a)(1)(A)(ii)**. Accordingly, Counts II, IV, and VI are **DISMISSED, WITH PREJUDICE**, as to Defendant John Huffman.

    **IT IS SO ORDERED.**

Signed this 1st day of September, 2009.

                                                 /s/     *David R Herndon*
                                                   **Chief Judge
                                                   United States District Court**