IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SALAH SHAKIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOARD OF TRUSTEES OF REND LAKE COLLEGE, COUNTY OF JEFFERSON, STATE OF ILLINOIS, BILL SIMPSON, RANDALL CROCKER, BRYAN DREW and JOHN HUFFMAN, | ) ) ) ) ) ) | |
| Defendants. | ) | Case No. 08-cv-768-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated February 8, 2010, judgment is entered in favor of the defendants, **BOARD OF TRUSTEES OF REND LAKE COLLEGE, COUNTY OF JEFFERSON, STATE OF ILLINOIS, BILL SIMPSON, RANDALL CROCKER, BRYAN DREW and JOHN HUFFMAN,** and against the plaintiff, **SALAH SHAKIR,** and this case is dismissed with prejudice, in its entirety.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     /s/*Sandy Pannier*
              **Deputy Clerk**

Dated: February 9, 2010


APPROVED:   /s/  *DavidRHerndon*
          CHIEF JUDGE
          U. S. DISTRICT COURT